## DISMISSAL ON ERROR FOR FAILURE TO FILE TRANSCRIPT.

Circuit Court of Hamilton County.

LOUIS LOEB v. KENT & KAUFHOLD.

Decided, June, 1909.

*Error Proceedings—Effect of Failure to File Transcript Within Four Months from Rendition of Judgment—Jurisdiction.*

*Bates & Meyer,* for plaintiff in error.
*Klein & Slagman* and *James R. Jordan,* contra.

SWING, J.; GIFFEN, P. J., and SMITH, J., concur.

No transcript of the final record or transcript of the docket or journal entries in this case was filed in this court until long after the four months from the rendition of the judgment complained of, and not for more than four months after the petition in error had been filed. This court therefore has acquired no jurisdiction to hear and determine whether the judgment is correct or not.   58 O. S., 221; 66 O. S., 356.

The action in this court should be dismissed.